IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DAYTON, <br> Plaintiff <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant | ) <br> ) <br> ) <br> ) Civil Action No. 05-656 <br> ) Judge Donetta W. Ambrose/ <br> ) Magistrate Judge Amy Reynolds Hay <br> ) <br> ) |

ORDER

AND NOW, this 16th day of Mar., 2006, after the plaintiff, William Dayton, filed an action in the above-captioned case, and after Motions for Summary Judgment were submitted, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED;

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits is affirmed;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*/s/ Donetta W. Ambrose*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Gregory G. Paul, Esq.
Peirce Law Offices
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA 15219

Paul E. Skirtich
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219